```
ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6166
    Facsimile:  (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>$6,500.00 IN U.S. CURRENCY, ET AL.,<br><br>　　　　　　Defendants.<br>_____<br><br>MOHAMED SALLIEU BAH<br><br>　　　　　　Claimant.<br>_____ | NO.  CV 09-1422 AHM(AJWx)<br><br>**CONSENT JUDGMENT** |

　　　This action was filed on February 27, 2009.  Notice was given and published in accordance with law.  Claimant Mohamed Sallieu Bah ("Claimant") filed a verified claim on May 4, 2009 and a verified answer on May 27, 2009.  No other statements of

interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant funds other than Claimant are deemed to have admitted the allegations of the Complaint.
3. The claimant shall have judgment as to $6,500.00 in U.S. Currency and Six U.S. Postal Money Orders Valued at $4,995.00, together with all interest earned by the government on that amount since seizure.  Said funds shall be returned to claimant in care of his attorney, Kunle Ogundele.
4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant funds and this action, including, without limitation, any claim for attorney's fees and costs which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. Plaintiff United States of America agrees that it will not seek to recover civil sanctions, attorney's fees or costs in connection with this action or the underlying seizure.

Dated: April 23, 2010

THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**